IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEMON VICTORELL SLATER, #177 985, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:16-CV-286-WHA ) [WO] |
| MS. BOBEN, *et al.*, | ) ) |
| Defendants. | ) |

## **OPINION and ORDER**

This case is before the court on a Recommendation of the Magistrate Judge entered on February 8, 2017.  Doc. 35.  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of Plaintiff to comply with the orders of the court.

Final Judgment will be entered accordingly.

Done this 1st day of March, 2017.

    /s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE